IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIMI ROSE, | : | CIVIL ACTION |
| **Plaintiff, pro se** | : | |
| | : | |
| vs. | : | |
| | : | |
| BRUCE ROTHROCK, et al., | : | |
| **Defendants** | : | NO. 08-3884 |

**O R D E R**

**AND NOW**, this 29th day of April, 2009, upon consideration of Defendants' Motion to Dismiss (Docket No. 4), Defendants' Motion to Seal the Complaint or to Strike the Complaint of Scandalous and Impertinent Material (Docket No. 7), Defendants' Motion for Sanctions (Docket No. 9), and Plaintiff's responses to Defendants' Motions to Dismiss and for Sanctions (Docket Nos. 5, 11, 12), **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss (Docket No. 4) is **GRANTED** in part and **DENIED** in part. Plaintiff's claims under § 1985(3) and for breach of contract are **DISMISSED**.

2. Defendants' Motion to Seal the Complaint or to Strike the Complaint of Scandalous and Impertinent Material (Docket No. 7) is **GRANTED** in part and **DENIED** in part. The Defendants' Motion to Seal the Complaint is **DENIED**. As to the Defendants' Motion to Strike the Complaint of Scandalous and Impertinent Material, it is **GRANTED** as to the last sentence of paragraph 25, the last sentence of paragraph 32, the second sentence of paragraph 58, all of paragraph 61, and all of paragraph 70 and **DENIED** without prejudice as to the remaining paragraphs identified in the Motion.

3. Defendants' Motion for Sanctions (Docket No. 9) is **DENIED** without prejudice.

                                        BY THE COURT:

                                        <u>S/Gene E.K. Pratter</u>
                                        GENE E.K. PRATTER
                                        United States District Judge